UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------
ANNABELLE ZARATZIAN,

                                                                                                              10 CIV 09049 (VB)

                        Plaintiff,

        -against-

                                                                                                  **NOTICE OF MOTION**

ADEL RAMSEY ABADIR and LARRY M. CARLIN,

                      Defendants.
-------------------------------------------------------------------------

        **PLEASE TAKE NOTICE** that upon the accompanying Declaration dated November 22, 2013 and the accompanying Memorandum of Law, the papers of defendant Adel Ramsey Abadir submitted in support of his motion for summary judgment, the pleadings and all prior proceedings heretofore had herein, defendant Larry M. Carlin will move this Court, before the Honorable Vincent L. Briccetti, at the United States Courthouse for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, on February 4, 2014, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting defendant summary judgment and dismissing plaintiff's complaint against defendant Larry M. Carlin in its entirety and granting such other and further relief as this Court deems just and proper.

Dated: New York, New York
       November 22, 2013

                                                  LARRY M. CARLIN, ESQ.
                                                  E-mail: lmcarlinlaw@msn.com
                                                 Larry M. Carlin, Esq.
                                                 437 Madison Avenue, 35th Floor
                                                 New York, New York  10022
                                                 Telephone:  (212) 622-7180
                                                 Fax:  (212) 754-2508

                                                 *Pro Se*