UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNABELLE ZARATZIAN ) | |
|         PLAINTIFF ) | |
| ) | |
| V. ) | 10 CIV 09049 (VLB) |
| ) | |
| ADEL RAMSEY ABADIR ) | |
|         DEFENDANT ) | |

## NOTICE OF APPEAL

Notice is hereby given that Annabelle Zaratzian, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on March 18, 2015. The plaintiff also appeals from that portion of the order and decision entered September 3, 2014 granting summary judgment in favor of Larry M. Carlin. A copy of the judgment is appended hereto.

Dated: April 16, 2015        ANNABELLE ZARATZIAN

By /s/ Harold R. Burke
  Harold R. Burke (HB0149)
  Law Offices of Harold R. Burke
  P.O. Box 4078
  21 Sherwood Place
  Greenwich, CT 06830
  Telephone: (203) 219-2301
  Facsimile: (203) 413-4443
  E-Mail: hrb@burke-legal.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANNABELLE ZARATZIAN,

                Plaintiff,

- against -

ADEL RAMSEY ABADIR

                Defendant.
------------------------------------------------------------X

10 CIV 9049 (VB)

**JUDGMENT**



A Jury Trial held before the Honorable Vincent L. Briccetti, United States District Judge, having begun on March 9, 2015, and at the conclusion of the trial, on March 13, 2015, the jury having returned a verdict in favor of the Defendant, it is,

**ORDERED, ADJUDGED AND DECREED:** that Judgment is found in favor of the Defendant, accordingly, the case is closed.

DATED: White Plains, New York
           March 18, 2015

                                              **VINCENT L. BRICCETTI**
                                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNABELLE ZARATZIAN      )
        PLAINTIFF )
        )
V.                       )  10 CIV 09049 (VB)
        )
ADEL RAMSEY ABADIR       )
        DEFENDANT )

## **CERTIFICATION OF SERVICE**

I hereby certify that on April 16, 2015 the foregoing motion was filed electronically and served electronically the following counsel and pro se parties:

    Nathaniel Z. Marmur, Esq.

    James Darrow, Esq,

    Larry M. Carlin, Esq. pro se

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                            /s/ *Harold R. Burke*
                            Harold R. Burke (hb0149)
                            Law Offices of Harold R. Burke
                            P.O. Box 4078
                            21 Sherwood Place
                            Greenwich, CT 06830
                            Telephone: (203) 219-2301
                            Facsimile: (203) 413-4443
                            E-Mail:   hrb@burke-legal.com